# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:    KENNETH M. BASTIEN & MARY P. THILLENS                      Case Number: 04-72510
2803 E. FAIRFIELD TRAIL                      SSN-xxx-xx-9453 & xxx-xx-5603
BELVIDERE, IL  61008

Case filed on:        5/11/2004
Plan Confirmed on:        7/9/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,450.00                      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  |  |  |  |  |  |
| 201 | THE RAMSEY LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | KENNETH M. BASTIEN | 0.00 | 0.00 | 93.97 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 93.97 | 0.00 |
|  |  |  |  |  |  |
| 001 | CAPITAL ONE AUTO FINANCE | 19,581.20 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 10,000.00 | 10,000.00 | 10,000.00 | 541.66 |
| 003 | NEW CENTURY MORTGAGE CORPORATION | 125,917.25 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 155,498.45 | 10,000.00 | 10,000.00 | 541.66 |
|  |  |  |  |  |  |
| 002 | FORD MOTOR CREDIT CORP | 7,036.63 | 1,082.16 | 1,082.16 | 0.00 |
| 004 | ACADEMY COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 4,211.07 | 647.62 | 647.62 | 0.00 |
| 006 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHASE BANK USA NA | 900.26 | 138.45 | 138.45 | 0.00 |
| 008 | LAW OFFICES OF MITCHELL KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MARSHALL FIELDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILLINOIS STUDENT ASSISTANCE COMM | 1,036.03 | 159.33 | 159.33 | 0.00 |
| 014 | RESURGENT CAPITAL SERVICES | 6,764.01 | 1,040.24 | 1,040.24 | 0.00 |
| 015 | SENTRY CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | JBC LEGAL GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RESURGENT CAPITAL SERVICES | 2,199.28 | 338.23 | 338.23 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 336.73 | 51.79 | 51.79 | 0.00 |
| 021 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,808.79 | 278.17 | 278.17 | 0.00 |
|  | Total Unsecured | 24,292.80 | 3,735.99 | 3,735.99 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 182,655.25 | 16,599.99 | 16,693.96 | 541.66 |

Total Paid Claimant:        $17,235.62
Trustee Allowance:        $1,214.38
Percent Paid Unsecured:        100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007                      By _/s/Heather M. Fagan_